UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

EDDIE CARTER

           Plaintiff(s)

  (vs)

BAYSIDE STATE PRISON, ET AL.

           Defendant(s)

**JUDGMENT**

Civil #08-00134 (RBK)

-------------------------------------------------------------------

The Hon. John W. Bissell, Special Master, appointed by this Court having found on April 14, 2009, and no timely objection having been filed,

IT IS, on this 17th day of June 2009

ORDERED that the report of Hon. John W. Bissell dated April 14, 2009 is hereby affirmed and Judgment of No Cause For Action be entered in favor of **defendants Bayside State Prison, et al.** and against **plaintiff Eddie Carter..**

                                                          _____
                                                          HON. ROBERT B. KUGLER, U.S.D.J.